IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GEORGE W. LEGG             :

v.                         :    CIVIL NO. JFM-02-533

THE COUNTY COMMISSIONERS OF    :
DORCHESTER COUNTY          :

...oOo...

## ORDER

For the reasons stated in the accompanying Opinion, it is, this 15th day of May, 2002

1. Defendant's Motion to Dismiss is treated as one for summary judgment and is **Granted** as to plaintiff's claim for inverse condemnation under the United States Constitution set forth in Count II;

2. Judgment is entered in favor of defendant against plaintiff as to plaintiff's claim for inverse condemnation under the United States Constitution set forth in Count II;

3. This case is **Remanded** to the Circuit Court for Dorchester County, Maryland, for a resolution of the plaintiff's remaining claims.

_____
J. Frederick Motz
United States District Judge